

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID PAUL HEALY, | § | |
| | | No. 08-17-00027-CV |
| Appellants, | § | |
| | | Appeal from the |
| v. | § | |
| | | 352nd District Court |
| SIMONE BARRON, | § | |
| | | of Tarrant County, Texas |
| Appellee. | § | |
| | | (TC# 352-286480-16) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's motion to reinstate appeal suspended by bankruptcy.

It is therefore ORDERED that the above styled and numbered cause is hereby REINSTATED.

Further, the Appellee's brief is due October 23, 2021.

IT IS SO ORDERED this 23rd day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.